## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PHILLIP LAMONT COLEMAN,

          Petitioner,

v.

TOM ROY, COMMISSIONER OF CORRECTION,

          Respondent.

Civil No. 15-3089 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Coleman's petition for a writ of habeas corpus [Doc. No. 1] is **DENIED WITHOUT PREJUDICE** for failure to exhaust state remedies; and

3. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/9/15

          s/Patrick J. Schiltz
          PATRICK J. SCHILTZ
          United States District Judge